**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20138-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DIANA FLETCHER**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendant, Diana Fletcher's Motion to Correct Presentence Investigation Report (Unopposed by Government) and for Judicial Recommendation as to Designation (No Position by Government) [ECF No. 100]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Diana Fletcher's Presentence Investigation Report shall be amended to reflect the correct arrest date of February 23, 2023, and

2. This Court makes a judicial recommendation that Diana Fletcher be designated to FCI-Danbury (and not to FDC-Miami).

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record