UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20138-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**DIANA FLETCHER**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Diana Fletcher's Motion to Continue her Surrender Date and to Travel [ECF No. 102]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Diana Fletcher's surrender is continued until **September 10, 2024**. Defendant is allowed to travel to New York, and she shall provide a detailed itinerary to her Probation Officer prior to leaving this District.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record