UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20138-ALTONAGA/DAMIAN

UNITED STATES OF AMERICA

   V.

DIANA FLETCHER,

   Defendant.

_____/

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned United States Trial Attorney, hereby gives notice to this Honorable Court that the undersigned United States Trial Attorney, Lindsay Heck, is entering an appearance in the above-captioned case.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

MARGARET MOESER
CHIEF, MONEY LAUNDERING AND
ASSET RECOVERY SECTION, U.S.
DEPARTMENT OF JUSTICE

By:     /s/ Lindsay Heck
Lindsay Heck
United States Trial Attorney
SDFL Court ID No. A5503088
1400 New York Ave., NW
Washington, DC 20005
Phone: (202)-308-3903
Email: Lindsay.M.Heck@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September 2024, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

/s/ Lindsay Heck
Lindsay Heck
United States Trial Attorney
SDFL Court ID No. A5503088
1400 New York Ave., NW
Washington, DC 20005
Phone: (202)-308-3903
Email: Lindsay.M.Heck@usdoj.gov