UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE Numbers:  23-CR-20138-ALTONAGA/DAMIAN
24-CR-20356-SMITH/HUNT

UNITED STATES OF AMERICA

vs.

KIMBERLY DICKSON,

    Defendant.

_____/

## NOTICE OF RELATED ACTION

The United States, by and through the undersigned Trial Attorney, hereby files this notice, pursuant to Local Rule 3.8, that the criminal case, *United States v Diana Fletcher, 23-CR-20138-ALTONAGA/DAMIAN* (the "Fletcher Case") is related to the criminal case of *United States v. Kimberly Dickson, 24-CR-20356-SMITH/HUNT* (the "Dickson Case").

The Fletcher Case involves a criminal action charging Diana Fletcher with conspiracy to launder monetary instruments in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(3)(B), for conducting financial transactions involving property represented by an undercover law enforcement officer to be proceeds of specified unlawful activity.  The defendant, and others, engaged in these financial transactions by picking up United States currency from the undercover agents that the defendant believed to be criminal proceeds.  The defendant, and others, then laundered the proceeds, in exchange for a fee of 3-5% of the same, by depositing them into, and having them wired through, one or more attorney trust accounts managed and controlled by an attorney licensed in the state of North Carolina.  The funds were routed through the U.S. banking system to disguise their origin, and then either transferred back to the bank account identified by the undercover agent or, on the first occasion only, transferred onto stored value cards issued by a

company owned and co-founded by the defendant. The defendant made her initial appearance in the Fletcher Case on March 28, 2023. The defendant pled guilty in this case to one count of conspiracy to launder monetary instruments on November 14, 2023, and was sentenced on February 29, 2024.

The Dickson Case involves allegations that Kimberly Dickson, working with Diana Fletcher, conspired to operate an unlicensed money transmitting business affecting interstate and foreign commerce, which was operated without a license in the State of Florida in violation of 18 U.S.C. § 371 and 18 U.S.C. §§ 1960(a) and (b)(1)(A)-(B). Specifically, Ms. Dickson is charged by an Information alleging that from at least in or about August 2018 through in or about September 2019, Dickson's co-conspirators, Fletcher and others, owned and operated a money transmitting business, providing services to more than five customers for a fee. Attorney trust accounts held at U.S. financial institutions located in Florida were used to transmit customers' funds in connection with this business. The defendant joined in this unlicensed money transmitting business and participated directly in four separate fund transfers for one customer, who was an undercover law enforcement agent. The undercover agent told the defendant that the funds being transferred on these occasions, and others, were criminal proceeds. The purpose of the conspiracy was for the defendant and her co-conspirators to unlawfully enrich themselves by charging and collecting fees for transferring United States currency totaling over $1.26 million in cash on several occasions to and through accounts held by co-conspirators at U.S. financial institutions. Ms. Dickson made her initial appearance in the Dickson Case on March 15, 2024.

Counsel for Ms. Dickson has advised that she intends to plead guilty to one count of conspiring to conduct an unlicensed money transmitting business in violation of 18 U.S.C. § 371. Ms. Dickson filed a written waiver of her right to indictment on August 16, 2024.

Respectfully Submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

MARGARET MOESER
CHIEF, MONEY LAUNDERING AND ASSET RECOVERY SECTION, U.S. DEPARTMENT OF JUSTICE

Date:   9/19/2024            By:   */s/ Lindsay Heck*
Lindsay Heck
United States Trial Attorney
SDFL Court ID No. A5503088
1400 New York Ave., NW
Washington, DC 20005
Phone: (202)-308-3903
Email: Lindsay.M.Heck@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September 2024, the undersigned electronically filed the foregoing document, Notice of Related Action, with the Clerk of the Court using CM/ECF.

/s/ Lindsay Heck
Lindsay Heck
United States Trial Attorney
SDFL Court ID No. A5503088
1400 New York Ave., NW
Washington, DC 20005
Phone: (202)-308-3903
Email: Lindsay.M.Heck@usdoj.gov