UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-CR-20138-ALTONAGA

UNITED STATES OF AMERICA,

vs.

DIANA FLETCHER.
_____/

**MOTION TO RETURN PASSPORT (UNOPPOSED)**

Diana Fletcher respectfully files this motion for an Order directing U.S. Probation to return her Canadian passport to her counsel. The Government does not oppose the request.

1. On March 27, 2023, Ms. Fletcher was charged by Information with one count of Money Laundering Conspiracy.

2. Ms. Fletcher pleaded guilty, and she was sentenced to seven (7) months imprisonment on March 1, 2024 (Doc. 86).

3. Ms. Fletcher surrendered to serve her remaining term of incarceration on September 20, 2024.

4. The U.S. Probation Officer assigned to her case indicated that he would return Ms. Fletcher's passport to counsel once she surrendered to serve her sentence, and upon court order.

WHEREFORE Diana Fletcher respectfully requests that this Honorable Court enter an Order directing U.S. Probation to return her passport to her undersigned attorneys.

        Respectfully submitted,

        **MARKUS/MOSS PLLC**
        40 N.W. Third Street, PH1
        Miami, Florida 33128
        Tel: (305) 379-6667
        markuslaw.com

        By:    <u>/s/ David Oscar Markus</u>
                 David Oscar Markus
                 dmarkus@markuslaw.com