UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20138-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DIANA FLETCHER**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Diana Fletcher's Unopposed Motion to Return her Passport [ECF No. 108]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The U.S. Probation Office is directed to return Diana Fletcher's passport to her counsel of record.

**DONE AND ORDERED** in Miami, Florida, this 1st day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record